UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/23/2021
```

DENISE DEJESUS,

                Plaintiff,

-against-

CYNTHIA KANE, et al.,

                Defendants.

19-cv-7914 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a joint proposed pretrial order stating that "[t]he parties have consented to a trial by magistrate judge" [ECF #32 at 5]. If the parties wish to proceed before the designated magistrate judge, the parties shall promptly file the appropriate consent form, which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

**SO ORDERED.**

Date:  **February 23, 2021**
         **New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**