USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DENISE DEJESUS,	:
	:
                      Plaintiff,	:   **ORDER**
	:
           -v-	:   19-CV-7914 (JLC)
	:
CYNTHIA KANE and MINNEH MARY KANE,	:
	:
                    Defendants.	:
------------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Due to a change in the Court's schedule, the settlement conference scheduled for May 10 at 2:30 p.m. is hereby rescheduled to **May 10** at **10:30 a.m.**

      SO ORDERED.

Dated: April 13, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1